UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 23-81055 |
| Chicagoland Guns and Range, LLC | ) |  |
|  | ) |  |
| Debtor | ) | Judge Thomas R. Lynch |

REPORT OF BALLOTING
PLAN OF REORGANIZATION

|  | Ballots Cast | No. Accepting | No. Rejecting | $ Accepting | $ Rejecting | Class Accepts/ Rejects |
|---|---|---|---|---|---|---|
| Class One | 1 | 1 | 0 | 361.443.44 | 0 | Accepts |
| Class Two | 2 | 2 | 0 | 134,897.31 | 0 | Accepts |

Plan Accepted:   Yes ____x_____     No _____

By: _/s/Karen J. Porter
    One of its Attorneys

Karen J. Porter
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago Illinois 60606
312-675-0665
Facsimile 312-675-0334
Attorney No. 6188626

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 23-81055 |
| Chicagoland Guns and Range, LLC | ) | |
| | ) | |
| Debtor | ) | Judge Thomas R. Lynch |

BALLOTS CAST

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Chicagoland Guns & Range, LLC | ) | Case No. 23-81055 |
| | ) | |
| | ) | |
| Debtor | ) | Judge Thomas R. Lynch |

**BALLOT FOR ACCEPTING OR REJECTING**
**THIRD AMENDED SUBCHAPTER V PLAN OF REORGANIZATION**

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan.   To have your vote count you must complete and return this ballot.

[*If the holder of claim*] The undersigned, a creditor of the above-named debtor in the unpaid principal amount of $ __361,443.44  plus post-Petition interest__ .

Check One Box

[ X] Accepts

[  ] Rejects

The Third Amended Subchapter V Plan of Reorganization
proposed by Chicagoland Guns & Range, LLC

Date: May 17, 2024

Print or type name of Creditor: The Kenneth C. Polhamus Trust
Address: c/o Jason H. Rock, 6833 Stalter Drive, Rockford, IL 61108
Signed: /s/ Jason H. Rock
Print Name: Jason H. Rock
Title: Attorney for Creditor

Return this ballot on or before **May 17, 2024** to:
Clerk of the U.S. Bankruptcy Court
Northern District of Illinois
219 S. Dearborn, Room 710
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Chicagoland Guns & Range, LLC | ) | Case No. 23-81055 |
| | ) | |
| | ) | |
| Debtor | ) | Judge Thomas R. Lynch |

**BALLOT FOR ACCEPTING OR REJECTING**
**THIRD AMENDED SUBCHAPTER V PLAN OF REORGANIZATION**

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. To have your vote count you must complete and return this ballot.

[*If the holder of claim*] The undersigned, a creditor of the above-named debtor in the unpaid principal amount of $ __120,000.00__ .

Check One Box

[ X ] Accepts

[ ] Rejects

The Third Amended Subchapter V Plan of Reorganization proposed by Chicagoland Guns & Range, LLC

Date: __May 17, 2024__

Print or type name of Creditor: __KAP Guns, Inc.__
Address: __c/o Jason H. Rock, 6833 Stalter Drive, Rockford, IL 61108__

Signed: __/s/ Jason H. Rock__
Print Name: __Jason H. Rock__
Title: __Attorney for Creditor__

Return this ballot on or before **May 17, 2024** to:
Clerk of the U.S. Bankruptcy Court
Northern District of Illinois
219 S. Dearborn, Room 710
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 01 2024
JEFFREY P. ALLSTEADT, CLERK

In re:                                )   Chapter 11
                                      )
Chicagoland Guns & Range, LLC         )   Case No. 23-81055
                                      )
                                      )
        Debtor                        )   Judge Thomas R. Lynch

## BALLOT FOR ACCEPTING OR REJECTING
## THIRD AMENDED SUBCHAPTER V PLAN OF REORGANIZATION

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. To have your vote count you must complete and return this ballot.

*[If the holder of claim ]* The undersigned, a creditor of the above-named debtor in the unpaid principal amount of $ __14,897.31__ .

Check One Box

[X] Accepts

[ ] Rejects

The Third Amended Subchapter V Plan of Reorganization
proposed by Chicagoland Guns & Range, LLC

Date: __4/25/24__

Print or type name of Creditor: __Huff & Huff, Inc.__
Address: __249 Vanderbilt Avenue, Norwood, MA 02026__
Signed: __Jonath L__
Print Name: __Jonathan Selden__
Title: __In-House Counsel__

Return this ballot on or before **May 17, 2024** to:
Clerk of the U.S. Bankruptcy Court
Northern District of Illinois
219 S. Dearborn, Room 710
Chicago, IL 60604