Form 83 (2024 rev)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Western Division

| | | |
|---|---|---|
| In Re: | ) | Case Number:  23-81055 |
| | ) | |
| CHICAGOLAND GUNS & RANGE, LLC | ) | Chapter:  11 |
| | ) | |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING UNITED STATES TRUSTEE'S
## MOTION TO CONVERT AND CONVERTING CASE TO CHAPTER 7

This case having come before the Court on the United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b), due notice having been given, and the Court having been advised of the grounds for the motion,

IT IS HEREBY ORDERED:

1. That the United States Trustee's Motion to Convert is granted;

2. This case is converted to a case under Chapter 7;

3. Upon entry of this Order, the United States Trustee may appoint a Chapter 7 trustee;

4. Within fourteen (14) days of entry of this Order, the Debtor shall file a schedule of unpaid debts incurred after commencement of the chapter 11 case, including the name and address of each creditor, as required by Bankruptcy Rule 1019(5)(A)(i); and

5. Within thirty (30) days of entry of this Order, the Debtor shall file and transmit to the United States Trustee a final report and account as required by Bankruptcy Rule 1019(5)(A)(ii).

Enter:

Dated:                                                    United States Bankruptcy Judge

**Prepared by:**
Jennifer K. Niemeier
Office of the United States Trustee
780 Regent Street, Suite 304
Madison, Wisconsin 53715
(608) 264-5522, extension 5643
Jennifer.Niemeier@usdoj.gov