Form G5 (2024 11 01)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 23-81055 |
| | ) | |
| CHICAGOLAND GUNS & RANGE, LLC | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING UNITED STATES TRUSTEE'S
MOTION TO DISMISS AND DISMISSING CASE**

   This case having come before the Court on the United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b), due notice having been given, and the Court having been advised of the grounds for the motion,

IT IS HEREBY ORDERED:

   1. That the United States Trustee's Motion to Dismiss is granted; and

   2. This case is dismissed.


                                                          Enter:



Dated:                                                    United States Bankruptcy Judge

**Prepared by:**
Jennifer K. Niemeier
Office of the United Trustee
780 Regent Street, Suite 304
Madison, Wisconsin 53715
(608) 264-5522, extension 5643
Jennifer.Niemeier@usdoj.gov