Form ntcHrg2

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

---

Bankruptcy Proceeding No.: 23−81055
Chapter: 11
Judge: Thomas M. Lynch

In Re:
   Chicagoland Guns & Range, LLC
   aka Leo's Guns & Range, aka Leo's Gun
   Shop and Range, ...
   7307 Edward Drive
   Loves Park, IL 61111

Social Security No.:

Employer's Tax I.D. No.:
   81−1651076

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held:

Courtroom 3100, 327 S. Church St, Rockford, IL 61101 or Using Zoom

on April 2, 2025 at 11:00 AM

TO CONSIDER AND ACT UPON the following: Motion to convert or dismiss

For the Court,

Dated: March 12, 2025            Jeffrey P. Allsteadt , Clerk
                                                                   United States Bankruptcy Court