# Notice Recipients

District/Off: 0752-3     User: admin     Date Created: 3/12/2025
Case: 23-81055     Form ID: ntcHrg2     Total: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| ID | Name |
|---|---|
| 30390902 | Kenneth C. Polhamus Trust |
| 30390903 | Kenneth C. Polhamus Trust |

TOTAL: 2

**Recipients of Notice of Electronic Filing:**

| Code | Name | Email |
|---|---|---|
| tr | William B Avellone | bill.avellone@charteredmgt.com |
| ustact | Adam G. Brief | ustpregion11.md.ecf@usdoj.gov |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | Chicagoland Guns & Range, LLC | 7307 Edward Drive    Loves Park, IL 61111 |
| ust | Adam G. Brief | Office of the U.S. Trustee, Region 11    780 Regent Street    Suite 304    Madison, WI 53715 |
| 30390896 | David D. Shockey | Shockey & Cox    208 West Stephenson Street, Suite 101    Freeport, IL 61032 |
| 30411475 | Department of Treasury–Internal Revenue Service | POB 7346    Philadelphia PA 19101–7346 |
| 30390897 | Department of the Treasury | P.O. Box 7346    Philadelphia, IL 19101–7346 |
| 30409198 | Huff & Huff, Inc. | 915 Harger Road    Suite 330    Oak Brook IL 60523 |
| 30390898 | Illinois Department of Revenue | Bankruptcy Section    P.O. Box 64338    Chicago, IL 60664–0338 |
| 30678397 | Internal Revenue Service | Mail Stop 5014CHI    230 South Dearborn Street    Room 2600    Chicago IL 60604 |
| 30409194 | Jason Rock | Barrick Switzer Long Balsey & Van Era    6833 Stalter Drive    Rockford IL 61108 |
| 30488209 | KAP Guns, Inc. | 5974 Torchlite Trail    Loves Park, IL 61111 |
| 30390899 | KAP Guns, Inc. | Jason H. Rock    6833 Statler Drive    Rockford, IL 61108 |
| 30488206 | Kenneth C. Polhamus Trust | 7490 Chestnut Drive    Loves Park, IL 61111 |
| 30390900 | Kenneth C. Polhamus Trust | Jason H. Rock    6833 Statler Drive    Rockford, IL 61108 |
| 30390901 | Kenneth Polhamus | 7490 Chestnut Drive    Galena, IL 61036 |
| 30409223 | Leo Carlson Tessler | 926 Braeburn Road    Inverness IL 60067 |
| 30409199 | Liberty Mutual | The Leviton Law Firm    One Pierce Place    Suite 725W    Itasca IL 60143 |
| 30409224 | Nancy Lee Carlson | 926 Braeburn Road    Inverness IL 60067 |
| 30409200 | Nancy Lee Carlson | 926 Braeburn Road    Palatine IL 60067 |

TOTAL: 18