# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

CHICAGOLAND GUNS & RANGE, LLC

Debtor.

Chapter 11

Docket: 23-81055

Hon. Thomas M. Lynch

## AFFIDAVIT OF LEO CARLSON TESSLER

I LEO CARLSON TESSLER, Debtor in Possession of CHICAGOLAND GUNS & RANGE, LLC, hereby state as follows:

1. Pursuant to the Agreed Plan, CHICAGOLAND GUNS & RANGE, LLC is required to make periodic payments to various creditors. These payments are current as of June 1, 2025, when payments were made.

2. The Administrative Claim by Karen Porter is currently subject to an agreed payment plan. I have made the first payment via Automated Clearing House (ACH) payment directly to her account, and the payments are current.

3. The Administrative Claim by William Avellone, Subchapter V Trustee, is being paid pursuant to an agreed payment plan. I have made the first payment via business check directed to their office, and payments are current.

4. All other payments pursuant to the Plan, to the best of my knowledge, are current.

5. I declare under penalty of perjury that all of the foregoing is true and correct.

Signed,

_____

Leo Carlson Tessler, Debtor in Possession

## Notary Acknowledgement

State of  Illinois  )
            ) ss.
County of  Winnebago  )

The undersigned, a notary public in and for the above county and state, certifies that Leo Carlson Tessler, known to me to be the same person whose name is subscribed to the foregoing Affidavit, appeared before me a in person and acknowledged signing and delivering the instrument as their free and voluntary act for the uses and purposes therein set forth.

Dated: 6/17/2025

_____
Notary Public

**Prepared By:**
The Law Office of Andrew J. Mertzenich
A Limited Liability Company
One Court Place, Ste. 404
Rockford IL 61101-1088
Phone: (815) 420-8261
Andrew@MertzenichLaw.com



ANDREW J MERTZENICH
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
March 09, 2026