Form G5 (20241101)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: ) | Case Number: | 23-81055 |
| CHICAGOLAND GUNS & RANGE, LLC ) | | |
| ) | Chapter: | 7 |
| ) | | |
| ) | Honorable Thomas M. Lynch | |
| ) | | |
| Debtor(s) ) | | |

**FINAL DECREE AND ORDER DISCHARGING DEBTOR AND CLOSING CASE**

THE PLAN of Reorganization under Chapter 11 of the Bankruptcy Code being confirmed on 06/21/24 and the time for appeal having elapsed with no appeal or notice of appeal having been filed, and notice of the Debtor's Application for Final Decree having been given to all parties in interest:

The Court, being advised in the premises, FINDS, based upon the representations of Counsel:
1. Costs of Administration are current and being paid;
2. All Court Costs have been paid;
3. The Debtor has substantially consummated the plan and is making payments pursuant to the same;
4. There is no pending bankruptcy litigation including motions, contested matters, or adversary proceedings by or against the Debtor.

IT IS HEREBY ORDERED
1. The Debtor is granted a discharge under 11 U.S.C. § 1141(d)(1).
2. The Clerk of the Court is authorized to close this case.

Enter:

Dated:                                                                 United States Bankruptcy Judge

**Prepared by:**
The Law Office of Andrew J. Mertzenich
a Limited Liability Company
One Court Place, Suite 404
Rockford, IL 61101-1088
Phone: 815-420-8261
Email:Andrew@MertzenichLaw.com
ARDC: 6330124