# Notice Recipients

| District/Off: 0752–3 | User: admin | Date Created: 9/5/2025 |
|---|---|---|
| Case: 23–81055 | Form ID: 3180RV3 | Total: 21 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
30390902   Kenneth C. Polhamus Trust
30390903   Kenneth C. Polhamus Trust

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
tr    William B Avellone    bill.avellone@charteredmgt.com
aty   Andrew J Mertzenich   andrew@mertzenichlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Chicagoland Guns & Range, LLC    7307 Edward Drive    Loves Park, IL 61111
30390896    David D. Shockey    Shockey & Cox    208 West Stephenson Street, Suite 101    Freeport, IL 61032
30411475    Department of Treasury–Internal Revenue Service    POB 7346    Philadelphia PA 19101–7346
30390897    Department of the Treasury    P.O. Box 7346    Philadelphia, IL 19101–7346
30409198    Huff & Huff, Inc.    915 Harger Road    Suite 330    Oak Brook IL 60523
30390898    Illinois Department of Revenue    Bankruptcy Section    P.O. Box 64338    Chicago, IL 60664–0338
30678397    Internal Revenue Service    Mail Stop 5014CHI    230 South Dearborn Street    Room 2600    Chicago IL 60604
30409194    Jason Rock    Barrick Switzer Long Balsey & Van Era    6833 Stalter Drive    Rockford IL 61108
30488209    KAP Guns, Inc.    5974 Torchlite Trail    Loves Park, IL 61111
30390899    KAP Guns, Inc.    Jason H. Rock    6833 Statler Drive    Rockford, IL 61108
30488206    Kenneth C. Polhamus Trust    7490 Chestnut Drive    Loves Park, IL 61111
30390900    Kenneth C. Polhamus Trust    Jason H. Rock    6833 Statler Drive    Rockford, IL 61108
30390901    Kenneth Polhamus    7490 Chestnut Drive    Galena, IL 61036
30409223    Leo Carlson Tessler    926 Braeburn Road    Inverness IL 60067
30409199    Liberty Mutual    The Leviton Law Firm    One Pierce Place    Suite 725W    Itasca IL 60143
30409224    Nancy Lee Carlson    926 Braeburn Road    Inverness IL 60067
30409200    Nancy Lee Carlson    926 Braeburn Road    Palatine IL 60067

TOTAL: 17