**Information to identify the case:**

Debtor name: Chicagoland Guns & Range, LLC

United States Bankruptcy Court for the Northern District of Illinois

Case number: 23–81055

# Order of Discharge

04/20

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1192 is granted to:

Chicagoland Guns & Range, LLC
aka Leo's Guns & Range, aka Leo's Gun Shop and Range, aka Leo's Gun Shop

Dated: September 5, 2025

For the court: Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Corporation or Partnership Case under § 1192 of Chapter 11, Subchapter V**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtor as a personal liability. For example, creditors cannot sue, assert a deficiency, or otherwise try to collect from the debtor on discharged debts. Creditors cannot contact the debtor by mail, phone, or otherwise in any attempt to collect the debt. Creditors who violate this order can be required to pay debtor's damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all.

Generally, a discharge removes the debtor's personal liability for debts that arose before confirmation of the plan and for administrative expenses provided for in the plan.

**Some debts are not discharged**

Debts not discharged are the following:

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case; and

- debts described by 11 U.S.C. § 1192(1): those on which the last payment is due after the first 3 years of the plan, or such other time not to exceed 5 years fixed by the court.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of subchapter V discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180RV3   **For Corporation or Partnership Whose Plan was Confirmed under § 1191(b)**

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 23-81055-TML

Chicagoland Guns & Range, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3 User: admin Page 1 of 2
Date Rcvd: Sep 05, 2025 Form ID: 3180RV3 Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chicagoland Guns & Range, LLC, 7307 Edward Drive, Loves Park, IL 61111-3950 |
| 30390896 | + | David D. Shockey, Shockey & Cox, 208 West Stephenson Street, Suite 101, Freeport, IL 61032-4325 |
| 30409198 | + | Huff & Huff, Inc., 915 Harger Road, Suite 330, Oak Brook IL 60523-8771 |
| 30409194 | + | Jason Rock, Barrick Switzer Long Balsey & Van Era, 6833 Stalter Drive, Rockford IL 61108-2579 |
| 30488209 | + | KAP Guns, Inc., 5974 Torchlite Trail, Loves Park, IL 61111-3471 |
| 30390899 | + | KAP Guns, Inc., Jason H. Rock, 6833 Statler Drive, Rockford, IL 61108-2579 |
| 30390900 | + | Kenneth C. Polhamus Trust, Jason H. Rock, 6833 Statler Drive, Rockford, IL 61108-2579 |
| 30488206 | | Kenneth C. Polhamus Trust, 7490 Chestnut Drive, Loves Park, IL 61111 |
| 30390901 | + | Kenneth Polhamus, 7490 Chestnut Drive, Galena, IL 61036-8812 |
| 30409223 | + | Leo Carlson Tessler, 926 Braeburn Road, Inverness IL 60067-4228 |
| 30409199 | + | Liberty Mutual, The Leviton Law Firm, One Pierce Place, Suite 725W, Itasca IL 60143-1234 |
| 30409224 | + | Nancy Lee Carlson, 926 Braeburn Road, Inverness IL 60067-4228 |
| 30409200 | + | Nancy Lee Carlson, 926 Braeburn Road, Palatine IL 60067-4228 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 30411475 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 05 2025 23:03:00 | Department of Treasury-Internal Revenue Service, POB 7346, Philadelphia PA 19101-7346 |
| 30390898 | Email/Text: rev.bankruptcy@illinois.gov | Sep 05 2025 23:03:00 | Illinois Department of Revenue, Bankruptcy Section, P.O. Box 64338, Chicago, IL 60664-0338 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30390902 | | Kenneth C. Polhamus Trust |
| 30390903 | | Kenneth C. Polhamus Trust |
| 30390897 | * | Department of the Treasury, P.O. Box 7346, Philadelphia, IL 19101-7346 |
| 30678397 | *+ | Internal Revenue Service, Mail Stop 5014CHI, 230 South Dearborn Street, Room 2600, Chicago IL 60604-1705 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0752-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: 3180RV3 | Total Noticed: 15 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025                                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | ustpregion11.md.ecf@usdoj.gov |
| Andrew J Mertzenich | on behalf of Debtor 1 Chicagoland Guns & Range  LLC andrew@mertzenichlaw.com |
| Jason H Rock | on behalf of Creditor KAP Guns  Inc. jrock@bslbv.com, pthiering@bslbv.com;rock.jasonh.r73763@notify.bestcase.com |
| Jennifer Niemeier | on behalf of Acting U.S. Trustee Adam G. Brief jennifer.niemeier@usdoj.gov |
| Karen J Porter | on behalf of Accountant William Gray porterlawnetwork@gmail.com  laz0705@comcast.net |
| William B Avellone | bill.avellone@charteredmgt.com  I008@ecfcbis.com |

TOTAL: 6